UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :      **MISDEMEANOR**
                                           **INFORMATION**
         -v.-                       :
                                           **07 CRIM. 894**
MILLIE RODRIGUEZ,                   :

              Defendant.            :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

In or about November 2006, in the Southern District of New York and elsewhere, MILLIE RODRIGUEZ, the defendant, unlawfully, willfully, and knowingly did obstruct and retard the passage of the mail, to wit, RODRIGUEZ stole approximately 70 giftcards that were intended to be mailed from ClubMom's offices in Manhattan, where she worked as an Executive Assistant.

(Title 18, United States Code, Section 1701.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 20 2007