# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

October 29, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

Honorable Henry B. Pitman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Millie Rodriguez**
~~07 Mag. 986~~ (HBP)   07 CR 894

Dear Judge Pitman:

I write on behalf of my client Millie Rodriguez, to respectfully request that the Court modify the pretrial conditions imposed by the Court on June 21st, 2007. At that time, Your Honor imposed the following conditions: travel restricted to the Southern & Eastern Districts of New York and extended to include the District of New Jersey, surrender of travel documents and no new applications, and strict pretrial supervision including drug testing and treatment.

Since those conditions were imposed, Ms. Rodriguez has reported regularly to the Probation Office and has never failed a drug test. The constant checking in required by strict pretrial supervision is interfering with Ms. Rodriguez's work schedule and may cause her to lose her job if it continues.

As such, I write to request that Ms. Rodriguez's pretrial supervision be reduced to random drug testing once per month and all other contact via telephone rather than in person. I have spoken with Assistant United States Attorney Ken Polite, Esq., on behalf of the Government, and he consents to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Philip L. Weinstein
Assistant Federal Defender
Tel.: (212) 417-8744

**SO ORDERED:**

**HONORABLE HENRY B. PITMAN**
United States Magistrate Judge

cc:   Ken Polite, Esq., Assistant United States Attorney